450 A.2d 186

Commonwealth v. Runkle, Appellant.

Submitted March 6, 1980. Daniel R. Kehm, Assistant Public Defender, for appellant; Floyd P. Jones, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

450 A.2d 187

Commonwealth v. Smith, Appellant.

Submitted May 22, 1981. Anthony S. Dedola, Jr., for appellant; Gerald R. Soloman, District Attorney, for Commonwealth, appellee.

Before HESTER, POPOVICH and MONTGOMERY, JJ.

Affirmed.